UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GAIGE WHITE                                                CIVIL ACTION

VERSUS                                                     NO. 18-12357

ROBERT TANNER ET AL.                                       SECTION "A" (2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for a temporary restraining order and a preliminary injunction, Record Doc. No. 3, is **DENIED.**

New Orleans, Louisiana, this __4th__ day of ____January____, 201_9_.

_____
UNITED STATES DISTRICT JUDGE