UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIGE WHITE | CIVIL ACTION |
| VERSUS | NO. 18-12357 |
| ROBERT TANNER ET AL. | SECTION "A"(2) |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation (Rec. Doc. 35) and adopts it as its opinion in this matter.[1]

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss** (Record Doc. No. 24) is **GRANTED**, and that Plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 22nd day of July, 2019.

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] The Court questioned the statement on page 2 regarding Plaintiff's six-year prison sentence. The Court confirmed that Plaintiff White is currently incarcerated based upon a conviction for criminal trespassing and unauthorized entry of an inhabited dwelling.